PAGE 2/3 REC'D 7/15/2021 3:11:22 PM [Central Daylight Time] PRD 083275001



# Axley
### Attorneys Since 1885

AXLEY BRYNELSON, LLP

• • • • • •

MICHAEL J. WESTCOTT
mwestcott@axley.com
608.283.6722

July 15, 2021

**VIA FACSIMILE (608-267-4592)**

Laura J. Amundson
Administrative Law Judge
Department of Workforce Development
Equal Rights Division
PO Box 8928
Madison, WI 53708

RE: Complainant: Mattie Yoakum
Respondent: Madison United Healthcare Linen, Ltd.
ERD Case No. CR201902414
EEOC Case No. 26G201901312C
Our File: 8957.83440

Dear Judge Amundson:

This letter is a response to Complainant's most recent (May 3, 2021) request for the no probable cause hearing to be rescheduled in the above-referenced matter. Originally, Complainant's excuse for failing to attend the properly noticed hearing was that she had written down the wrong time for the hearing. On April 8, 2021, Respondent submitted its response to Complainant's request, setting forth both the factual and legal reasons why Complainant's request should be denied.

On or about May 3, 2021, Complainant again corresponded with you providing yet additional excuses why she failed to attend the hearing. Complainant's new excuses were that on March 31, 2021 she had received news that her nephew had been shot and killed at a gas station on the south side of Madison. Complainant did not provide any information regarding the identity of her nephew so that her excuse could be verified. On June 22, 2021, you provided Complainant exactly that opportunity, particularly since the news had reported that a strikingly similar situation had occurred on April 3, 2021, two days after the scheduled hearing. You requested that Complainant provide further clarification in this regard, and she has failed to do so.

Complainant also alleges that on April 2, 2021 she learned that Mr. Kelly (her former supervisor) had passed away. This is the same Mr. Kelly that Complainant was critical of in her responses to Respondent's discovery requests (see e.g. Response to Interrogatory No. 6; Response to Request for Admission No. 19). Moreover, the fact that Complainant became shocked on April 2, 2021 when she learned of Mr. Kelly's death, does not explain or excuse her failure to attend the hearing the day before she learned of his death. Again, you provided the opportunity for Complainant to attempt to further explain how Mr. Kelly's death affected her failure to appear at the scheduled hearing, and she has failed to do so.

PAGE 1/3 RCVD 7/15/2021 3:11:22 PM [Central Daylight Time] PRD 083276001



# Axley
### Axley Brynelson, LLP

**Office Location**

☒ 2 East Mifflin Street, Suite 200
Madison, WI 53703
Telephone: 608.257.5661
Facsimile: 608.257.5444

☐ N20 W2951 Watertown Road
Waukesha, WI 53188
Telephone: 262.524.8500
Facsimile: 262.524.9200

# FACSIMILE COVER SHEET

Direct Dial: (608) 283-6722
E-mail: mwestcott@axley.com

| | |
|---|---|
| Date: | July 15, 2021 |
| To: | Judge Laura Amundson |
| Fax No: | 608-267-4592 |
| Phone No.: | |
| From: | Attorney Michael J. Westcott |
| Subject: | Complainant: Mattie Yoakum<br>Respondent: Madison United Healthcare Linen, Ltd.<br>ERD Case No. CR201902414<br>EEOC Case No. 26G201901312C<br>Our File: 8957.83440 |
| Number of pages (including coversheet): | 3 |
| Original to follow: | ☐ Yes   ☒ No |
| Message: | Please see the attached correspondence from Attorney Westcott. Thank you. |

**NOTICES AND DISCLAIMERS:**

1. **Confidentiality/Privilege/Work Product.** Unless otherwise indicated or obvious from the nature of this transmittal, the information contained in this transmission is confidential and protected from disclosure by the attorney-client privilege, or by attorney work-product doctrine, or by various privacy laws, or by virtue of it being proprietary in nature. This transmission is intended for the exclusive use of the named recipient. If you are not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any use, copying, disclosure, dissemination, or other distribution of the information transmitted herewith is strictly prohibited and you may be subject to legal restrictions or sanctions. If you have received this communication in error or are not sure whether it is confidential, please immediately notify us by telephone (collect) at (608) 257-5661; and return the original message to us at the above address or destroy all copies. Thank you.

2. **IRS Circular 230.** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

3. **Opt Out.** In the event you do **not** desire to receive communications from us via facsimile transmission, you must so notify us by telephoning the sender identified above at the number indicated hereon (or if your call would be long distance, then use 800-368-5661) or by e-mailing such a notice to the sender at the above e-mail address. Unless you elect **not** to receive facsimile transmissions, you will be deemed to have consented to this mode of communication.

**IF YOU HAVE TROUBLE RECEIVING THIS TRANSMISSION, PLEASE CALL US AT THE NUMBER LISTED ABOVE. THANK YOU.**

Revised: 3/29/2012