IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MATTIE YOAKUM,

           Plaintiff,           OPINION AND ORDER

v.

                                  22-cv-53-wmc

MADISON UNITED
HEALTHCARE LINEN,

           Defendant.

---

*Pro se* plaintiff Mattie Yoakum contends that her former employer, defendant Madison United Healthcare Linen, discriminated against her because of her race and retaliated against her when she complained. Dispositive motions were due on January 27, 2023. Defendant has filed its motion for summary judgment and supporting documents. (Dkt. ##26-32.) Yoakum filed a motion to extend the summary judgment deadline to February 15, 2023. (Dkt. #33.) She also filed a motion under Federal Rule of Civil Procedure 12(b)(6) in which she argues that her factual allegations "are sufficient enough to state a Plausible claim" under Title VII of the Civil Rights Act of 1964. (Dkt. #25 at 1.) The court has already considered that question and allowed Yoakum to proceed on her discrimination and retaliation claims. (Dkt. ##5, 16.) The summary judgment legal standard is more demanding -- under Federal Rule of Civil Procedure 56(a), the party moving for summary judgment must establish with admissible evidence that there is no genuine dispute of material fact and that the moving party is entitled to judgment as a matter of law. Yoakum does not address the summary judgment standard in her dispositive motion, which the court will deny.

But the court is not dismissing this case. The court will grant Yoakum's motion for a brief extension of the summary judgment deadline. Yoakum will also have the opportunity to respond to defendant's motion for summary judgment by the deadline indicated below. In preparation, Yoakum should review the preliminary pretrial conference packet's guidance on summary judgment motions that she was sent after the telephonic preliminary pretrial conference (dkt. #17) as well as the summary judgment procedures the court will send her with this order.

ORDER

IT IS ORDERED that:

1) Plaintiff Mattie Yoakum's dispositive motion (dkt. #25) is DENIED.

2) Plaintiff's motion to extend her deadline to submit a summary judgment motion (dkt. #33) is GRANTED. Plaintiff's summary judgment motion, should she choose to file one, is due by February 15, 2023.

3) Plaintiff's response to defendant's motion for summary judgment (dkt. #26) is due by February 27, 2023. Defendant's reply is due by March 9, 2023.

4) The clerk of court is directed to send plaintiff a copy of the Pro Se Summary Judgment Procedures for Cases Assigned to Judge Conley with this order.

Entered this 30th day of January, 2023.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge